IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-cv-01735-ACC-DAB

SHERRIE CALABRESE,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendant.
_____/

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Florida Plaintiff's Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 25th Day of January, 2012.

By: **s/Alex Weisberg**
    **Alex Weisberg**
    **WEISBERG & MEYERS, LLC**
    **5722 South Flamingo Road, #656**
    **Cooper City, FL 33330**
    **954 337 1885**
    **866 775 3666 facsimile**
    **aweisberg@AttorneysForConsumers.com**
    **Attorney for Plaintiff**

Filed electronically on this 25th Day of January, 2012, with:

United States District Court CM/ECF system


By: s/Dana Patch
    Dana Patch

Notice of Dismissal - 1

## **CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Warren Stoller, General Counsel, Hunter Warfield, Inc., 4620 Woodland Corporate Blvd., Tampa FL 33614-2415, by depositing the same on January 25, 2012, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com